Please the court. My name is Carrie Bader. I represent Arturo Torres-Castillo. I'd like to reserve two minutes for rebuttal Your honors I would ask that you reverse this conviction and vacate it completely In this case there was structural fundamental error that violated mr. Torres's right to a fair trial First of all there is jury misconduct We have a juror who announced to the entire panel that She believes that since the government had this person here in federal court that he had to have tried to come in illegally She further polluted the process by commenting about her career criminal ex-husband this was just the theme that she set forth that was Perpetuated throughout the rest of the trial by the government The government witnesses through the trial this This amounts to structural error under the cummings case in cummings. It's a bit little bit different the district attorney announced to the jurors in in closing argument that because the agents had come to him with a case and had convinced him essentially that the client the defendant was guilty that This person before the jury must be guilty the same holds for what happened with ms. Cummings I mean with ms. McIntyre the juror you don't think there's a difference between a Representative of a government of the government making a comment like that in a juror It's worse because this happened at the beginning of the trial where all the panel members were there She couldn't be cross-examined. She couldn't be investigated by the defense She couldn't be rebutted she could only be removed the poison was already there And then it was perpetuated by the agents who go on to talk about aggravated felons at least twice On airplanes when they get deported and aggravated felons are deported at night. There was reference to a jacket There's no no reason on earth to pollute a trial with these terms Mr. Torres was on trial for having been removed before after after he was Previously, he tried to enter the country after he'd previously been removed He was not on trial for his prior criminal activity or alleged criminal activity and this These comments were not even invited as the government likes to say by the defense I never asked was there a timely objection? At trial there were objections to the issues concerning law enforcement center that repeated reference And the repeated questioning by the ausa about the law enforcement center and why that was so important in vermont There were two if not three objections throughout that colloquy and there was a request for a mistrial after that it's incredible to believe that We're being the defense is being accused of inviting this Prejudicial testimony and not not objecting to it. It was perpetuated even further your honor When the prosecutor asked the agent agent web Why what happened to the driver of the vehicle? Mr. Torres was found in the trunk You're on a different subject. You'd like to you. Excuse me. Just slow down. Okay. I'd love to another subject Uh, my understanding is uh that there were two jurors who made comments two I'm talking about miss mcintyre The other one was he was retained on to the panel wasn't wasn't one of the jurors removed for cause Miss mcintyre was removed, but I believe that the damage was done and didn't the defense leave one of those jurors on the panel, yes, but miss mcintyre is the one who referenced, um, who Who opined to the entire panel that? If the federal government had brought somebody here into federal court On trial they must have something against them. It was removed for cause she was removed And she had also said that her ex-husband is a career criminal So your your position is regardless of the agent's later testimony as a witness which is the whole trial was You know, you'll do a lot better if you let me sorry my question i'm trying to sort out your argument Because you start off talking about the jury and then the next thing you're combining it as I understand Overall with the effect of the agent's testimony as a witness Okay, so you've got juror taint plus a witness who then goes into what you consider to be prejudicial extraneous matters, correct? Yes, originally in my papers your honor I separated the jury misconduct out from the government misconduct Yes, and then judge hawkins asked you if there was an objection Now was the objection was there any objection or any motion? Uh to the jurors other than getting mcintyre removed for cause In other words, what are we reviewing? What's our standard of review vis-a-vis the jury? I would ask She was removed for cause she was questioned the other juror. Yes was not was not objected to your honor Okay, is that plain error? It's a plain it's a plain error and the standard of evidence I would like you to use is in the extrinsic evidence. I cited in the keating case If you could apply that if there's a reasonable possibility that this Trial was tainted. Okay, so What is do we look in and making that assessment do we look at what happened during the course of trial What's the relationship between the agent's testimony? Isn't that a standalone issue? Are you talking cumulative error or what? I originally briefed this as two different issues but as I reviewed all weekend I see it as cumulative error that has polluted this trial and it made it so unfair for mr. Torres. It was as if He was being the jury was being told this is a career criminal He's come in illegally must have he wouldn't be there was an objection to that testimony To the there was nothing to the career criminal. No that was with the um juror because At that point it was If I dwell on it, then I'd magnify the problem. We did go sidebar with that particular juror and we questioned her Okay, where's the career who are you relying on for the career criminal aspect the juror who was removed? Yes All right Yes, the juror who was removed said Made the comment about the career criminal a term of art that we all know under armed career criminal statutes And she also does the jury know that I don't know but it has a very the alliteration has a very powerful effect These jurors are not stupid They're very smart and they can pick up on all these subtleties. You don't think that they can sort things out knowing that just because somebody in the voir dire panel makes a Dumb remark like that that they can't live up to their oath to follow the instructions and the like they they would They may well be able to but they may well not be able to okay We would all like what you would like us to do is in this case essentially say if some juror Makes a statement like a career criminal then everything goes from scratch regardless of whether or not there's a motion for immediate motion for mistrial or I think if you just had the one comment the one comment, okay We could probably well, what are the other comments her other comment was essentially i'm putting it i'm Synthesizing it my own words was the government would not have brought somebody to here to trial unless they had something on him Which is just like the cummings case. I don't think the jurors say Things like that. They say well, I don't think I could be fair on this jury because I don't Believe that the government brings cases against people who are innocent It's a problem. Perhaps the whole panel should have been wiped out. But in this sense, um, It went on and then regardless of what happened with that juror. She was gone we had the Infectious testimony of the of three agents Give an instruction that the fact that the party has been indicted. There's no evidence of guilt and he just gives that and uh was um Was it was the court when this Juror made the remark asked to To tell the jurors that That to disregard that remark and the judge judge jones admonished the jury did that yeah, so I I don't think it could repair the damage. I think After that came the comment. What did the came? I think the career criminal came after that and then If you look at it from what your honor said the cumulative error Problem with the agents not just one but three different agents each making innuendos and almost blanket assertions that Since the driver of this car Was not illegal or not too illegal We just he he lost his border crossing card and he went straight home that day We deported him and he went straight home that day the inference being that Mr. Torres must be a criminal. Otherwise, we wouldn't keep him here or he must have been deported before Otherwise, we wouldn't keep him here as we kept as we let the driver go I don't think this is a proper way to prove that somebody has been deported before and I think it suggests and it dovetails on the original Assertions that he's an aggravated felon That he's got a jacket That his jacket comes from the law enforcement center the special one in vermont These are signals to the jury that we need to keep this guy out of here and that's not an appropriate Uh basis for a conviction as we know he's it's like the case with the with the uh, Convicted felon with a gun. Yeah, you see your time's up. Okay. I appreciate that. Thank you May it please the court i'm roger haynes assistant u.s attorney in the southern district of california representing the united states today Let me just address the issues raised by defense council first regarding tainting the jury The judge immediately instructed the jurors all the jurors as soon as those comments were made about That that the government would not have brought this case unless they had some strong evidence The judge immediately instructed the jury that an indictment is not evidence that the defendant is presumed innocent and the comments Uh of mr. McIntyre and mrs. O'rourke Therefore did not taint the jury As the court has already pointed out. Mr. O'rourke was already was struck for cause Uh, mrs. O'rourke. Sorry But the defendant did not strike. Mr. McIntyre The other jurors she complains about in their brief And he remained on the petty jury suggesting that she thought that at least that that jury could be fair that juror could be fair And therefore if that juror could be fair certainly and he's the one who made some comments Certainly the rest of the jury also could be fair was there any request when the judge Removed the juror for cause McIntyre O'rourke O'rourke. I'm sorry when the one juror was removed for cause Was there any request from the defense to do anything further? As far as admonishing the jury or or removing the other juror removing the other juror No Discharging the entire panel. No And of course giving a different instruction No, no request for any other instruction And of course if defense counsel is correct that if if a juror comments that I think The government must have strong evidence that happens in a good many cases if that were true And therefore you had to throw out the entire panel because of that comment. We'd never be able to try cases in addition Defense counsel makes the argument that the same juror said her ex-husband Was a career criminal She somehow suggests the jury would have thought that that referred to the defendant But the juror said that it was her ex-husband who was the career criminal. There was no comment about this defendant So the bottom line is there was no taint of the jury none of these comments Would have had the slightest effect on the jury What about the cumulative error issue with the Well on that let me turn to the question of the questions to the various witnesses at trial cross-examination defendant asked Witnesses About the a file and the witness responded. Well an a file is simply a file or a jacket Now to me that means nothing to the defense counsel. It seems to mean that that's some sort of a criminal record But if it does even if some juror has in their mind that Jacket might have a criminal connotation in this case. The witness was referring to a civil immigration file he said an a file is a Jacket is a file. He's talking about an immigration file. No suggestion. That was a criminal file Similarly the there was a comment defense counsel was trying forgive me Defense counsel was trying to do as is done in most cases to demonstrate that the Witnesses had deported many people Therefore they all run together in one's mind and we can't be sure that this was the alien who was deported And to do that she was asking don't you deport a lot of aliens? Are they deported 24 hours a day? And the witness said well, yes, but not aggravated felons not after seven o'clock. They don't like us to do that Because they're dangerous people he did not say this is an aggravated felon He was simply explaining to the witness to the to the defense counsel What his job is some people are deported all the time. Some people are not deported till after seven o'clock She also said do you sometimes deport them by airplane? Well, there was no evidence in this case He had been deported by airplane And the witness said well Yes, sometimes they're deported by airplane even ag felons I think defense counsel said and he said well ag felons are accompanied Or are they accompanied on the airplane? I'm sorry That was I misstated that are they accompanied on the airplane suggesting, you know Maybe you're putting the the public in danger and the answer was well, they're accompanied if they're ag felons Again, no reference to this defendant And comments that are completely responsive to defense counsel's questions We think there was no error at all in this case And the judgment should be affirmed. So I ask you about a different matter There's a allegation with respect to the underlying deportation or a claim argument with respect to how the immigration judge handled that that at the time The defendant appeared in that proceeding it was on the record Uh suggested you can get some water if you like That he was married and his wife to a citizen there was no Information given to him about possible section 212 relief What's your position on whether there was error there or what and if so There what there was no error. How do we get around? There's about three answers to that your honor First an immigration judge if the judge had known the facts of this case Certainly on the facts of this case No immigration judge would have a duty to advise the defendant to marry the woman that he had Been who had been the victim of his domestic violence Those are the facts of this case and defense essentially defense counsel is saying the case should have been continued In order for defendant in order for the immigration judge to tell this defendant That he should go and convince this woman that he had beat up that he should that she should marry him On the facts of this case is an outrageous claim But apart from that no immigration judge or the in part from that the immigration judge did in this case advise the defendant That if his wife filed papers on his behalf, he might have be eligible for relief from deportation And the judge did that after the defendant had told her that he wanted to go back to mexico Because she said, you know, do you have a wife? Why hasn't she filed papers? Defendant said I want to go back to mexico. That's when the judge said well if she files papers for you Then you might have a claim for relief from deportation Now, why did the defendant that's my third point is why did the defendant say I want to go back to mexico? Because he had agreed to do that as part of a plea bargain in his earlier case And we are entitled the government's entitled specific performance of that plea bargain Defense counsel in throughout this case has been essentially collaterally attacking A deportation that the defendant agreed. He would not collaterally attack and that he would stipulate to So there are three reasons why the judge though just to if the If he had signed a plea agreement not knowing They had the option um based on his wife's status Then one could argue that the plea agreement was not knowingly Entered into one could argue that but one has not argued that in this case. There's been no attempt to set aside that plea Well, they were never married were they and they were never married, all right, thank you. Thank you So On that point your honor, I wish there were more time but the the immigration judge Specifically said to him all in one paragraph. Okay. All right Well if you're married to a u.s Citizen that u.s Citizen can make an application to get your legal documents and if you've been married for 15 years You could have been legal 15 years ago. Okay. All right now it says here. Let me ask you this first Have you ever had any legal documents to be in the united states now under the cfr exactly the tone and I don't wish he did it. I don't know about her tone. I don't have the tape with me Yeah, I don't either but that is so if he said those in measured slow terms And didn't run into the next sentence as you did then it may well have alerted to him to the possibility Had some relief, right? She never alerted to him she said he could have done it 15 years ago She did not tell him what she is required to do under the cfr under your own case law Arrieta and several other cases that i've cited and under the statute the ina statute She is required to advise a person of his or her possible benefits And she is not allowed to just gloss over it. She must pinpoint the Correspondent the alien As to what she has a duty to pin down the witness with the specific object of the questioner's inquiry That's a karani Versus ins 379 f 3rd. She cannot obtain a waiver a waiver of his rights based on a compound question I would say this is a compound These are multiple thoughts all in one paragraph And it's far too confusing for somebody who's uneducated And certainly not a lawyer and does not know immigration laws or the duties or or the rights that he has that He could have applied for 212-h. She never said 212-h. She said never said the word waiver. She never said extreme or um Extreme hardship to your family. She never said you could do this now. She never mentioned Section 245.19 of the cfr 8 cfr that allows people to get married Was he was he if it's bonafide he represent himself at that time? Yes, he did and notably his wife who he Despite the the domestic violence conviction the alleged conviction which happened years before and was not even part of the Deportation proceedings. It's not even in the record um Not even there I would say that's a further pollution of this process, but he I'm, sorry, your honor. What was your question? She she could have he could have been married Under the the statute is designed. I think it was promulgated in 1988 to prevent marriage fraud It didn't stop marriages during deportation proceedings It just said The alien has the burden of proving by preponderance of the evidence of the evidence that the marriage is valid He could have easily done that they had three u.s. Citizen kids together They'd live together for years That wouldn't have been a problem for him to prove that maybe he didn't want to get married Maybe he didn't but he had a right to be advised That he could get she did not advise him of anything Despite what may look like her good intentions She had we don't know it's not in the record All we can deal with is the record and the law and she did not advise him the way she was supposed to advise him All right, we have the picture Okay. Thank you All right matters submitted
judges: Pregerson, Hawkins, Fisher